IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| FIRST COMMERCE BANK, INC., a Tennessee Corporation; COMCO - ONE WORLD, LLC., a Tennessee Corporation; and MATRIX TUBE SERVICE, INC., a Tennessee Corporation, | ) ) ) ) ) ) | |
| Plaintiffs, | ) | Case No. 1:13-00126 |
| v. | ) ) | Chief Judge Haynes |
| ALPHA SIDELIFTS, INC., an Illinois Corporation; MANFRED KAUFMAN, Individually; and STEVE LUKASZEWICZ, Individually, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Before the Court is the motion to dismiss filed by Defendants Manfred Kaufman and Steve Lukaszewicz (Docket Entry No. 21) contending that they have not been properly served. In response, Plaintiffs concede that Defendant Lukaszewicz should be dismissed, but assert that Defendant Kaufman was properly served.

From a review of the record, Defendant Kaufman through counsel appeared in this action. Defendant Kaufman was served with process at his residence.

For these reasons, Defendant Kaufman's motion to dismiss is **DENIED** and Plaintiffs' claims against Defendant Lukaszewicz are **DISMISSED with prejudice**.

It is so **ORDERED**.

**ENTERED** this the 28th day of July, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge